| United States Bankruptcy Court<br>District of New Mexico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kitts Development LLC, a New Mexico Domestic Limited Liability Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 47-0945579 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>7820 Enchanted Hills Blvd.<br>A-136<br>Rio Rancho, NM    ZIPCODE 87144 | Street Address of Joint Debtor (No. and Street, City, and State    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Sandoval | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 -32116-302Y-016/10

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kitts Development LLC, a New Mexico Domestic Limited Liability Company |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)     Date

---

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

### Information Regarding the Debtor – Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 -32116-302Y-016/0

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kitts Development LLC, a New Mexico Domestic Limited Liability Company |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X *William F. Davis*
_____
Signature of Attorney for Debtor(s)

WILLIAM F. DAVIS 1777
_____
Printed Name of Attorney for Debtor(s)

William F. Davis & Associates, P.C.
_____
Firm Name

6709 Academy NE Suite A
_____
Address

Albuquerque, NM 87109
_____

(505)243-6129
_____
Telephone Number

*9-12-11*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

THOMAS G. JOSEPH
_____
Printed Name of Authorized Individual

Managing Member
_____
Title of Authorized Individual

*9/12/11*
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 -32116-102Y-01610

# United States Bankruptcy Court
## District of New Mexico

In re     Kitts Development LLC, a New Mexico Domestic Limited Liability Company

                   Debtor

Case No. _____

Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A – Real Property | YES | 1 | $ 1,200,000.00 | | |
| B – Personal Property | YES | 3 | $ 185,261.98 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $10,350,032.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 23,842.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 1,096,065.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 24 | $ 1,385,261.98 | $11,469,939.44 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-*01610

# United States Bankruptcy Court
## District of New Mexico

In re ___Kitts Development LLC, a New Mexico Domestic Limited Liability Company___  Case No. _____

Debtor

Chapter ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

In re    <u>Kitts Development LLC, a New Mexico Domestic Limited Liability Company</u>      Case No. _____

               **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property and improvements generally described as<br>Puerto Del Sol Project.<br>14 partially built 4-unit buildings.<br>18 improved 4-unit building lots.<br>1 corner commercial lot.<br><br>Northwest Corner of Abruzzo and Unser Blvd.<br>Rio Rancho, New Mexico. See also attached legal description. | Fee Simple | | 1,200,000.00 | Exceeds Value |
| | | Total ➤ | 1,200,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-016610

# PUERTO DEL SOL
## A SUBDIVISION OF LOT 26A-1 IN BLOCK P
# UNIT ELEVEN
### WITHIN SECTION 14, T. 12 N., R. 2 E., N. M. P. M.
### CITY OF RIO RANCHO
### TOWN OF ALAMEDA GRANT
### SANDOVAL COUNTY, NEW MEXICO
### SHEET 1 OF 1

**LEGAL DESCRIPTION:**

A parcel of land being all of Lots 26A-1 in Block P of Unit Eleven, recorded on May 15, 2007 in Rio Rancho Estates Plat Book 20, Page 71 (Vol. 3, Folio 2806-B), Instrument No. 200720395, within projected Section 14, Township 12 North, Range 2 East, New Mexico Principal Meridian, City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico.

**Parcel contains 9.9046 acres, more or less, (32) Lots and Tracts A thru F.**



VICINITY MAP

EXHIBIT
Schedule A

**Legal description per foreclosure sale notice, Albuquerque Journal, published Aug.15, 22, 29 and September 5, 2011:**

Lots 1, 2, 3, and 4, in Block lettered "P", of Unit Numbered 11 as the same is shown and designated on the plat of said subdivision, filed in the Office of the County Clerk of Sandoval County, New Mexico on May 26, 1964, in Rio Rancho Estates Plat Book No. 1 page 60, less and except that portion of Lot 1, deeded to the City of Rio Rancho in Book 409, page 3463 as document no. 3463.

Lot 26A in Block lettered "P" Unit numbered eleven as the same is shown and designated on the plat entitled "Summary Plat Lots 25A1 and 26A in Block P, a replat of Lots 25A and 26, in Block P, Unit 11, within projected Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, on January 30, 1995 in Rio Rancho Estates Plat Book No. 7, page 114, (Volume 3, folio 1208B), instrument no. 60324, less and except that portion of Lot deeded to the City of Rio Rancho in Book 409, page 3462 as document no. 3462.

Lots 1A in Block lettered "P", of Unit numbered 11 as the same is shown and designated on the plat of said subdivision, entitled "Summary Plat Lots 1A, 26A1, and Parcel A in Block P, a replat of Lots 1 through 4, and 26A, in Block P, Unit 11, within projected Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico," filed in the office of the County Clerk of Sandoval County, New Mexico on May 15, 2007 in Rio Rancho Estates Plat Book No. 20, page 71, in Volume 3, folio 2806B.

Lot 3, in Block 3, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 9, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 10, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 11, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 12, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as

## SCHEDULE A
ATTACHMENT

filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 15, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 16, in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 7 in Block 2, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 2 in Block 3, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 4 in Block 3, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 4 in Block 1, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 7 in Block 4, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 3 in Block 1, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

Lot 1 in Block 3, Puerto Del Sol, a subdivision of Lot 26A1, in Block P, Unit 11, within Section 14, T12N, R2E, N.M.P.M., City of Rio Rancho, Town of Alameda Grant, Sandoval County, New Mexico, as

filed in the Office of the County Clerk of Sandoval County, New Mexico, on October 26, 2007 in Vol. 3, Folio 2858A, as Document No. 41754, Rio Rancho Estates Plat Book No. 21, Page 40.

In re Kitts Development LLC, a New Mexico Domestic Limited Liability Company      Case No. _____

_____

   **Debtor**                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | New Mexico Gas Company<br>PNM Electric<br>Qwest Phone/Cable | | 61,446.00<br>110,158.65<br>12,157.33 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

In re <u>Kitts Development LLC, a New Mexico Domestic Limited Liability Company</u>        Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Building plans for Apartments at Puerto Del Sol | | 1,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk (1), Chairs (3), Desk to Computer and Printer (1), Fax (1), Phones (2), File Cabinet (1) | | 500.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-0/6/0

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company                    Case No. _____
                        **Debtor**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 continuation sheets attached        Total | $ | 185,261.98 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-016|0

B6C (Official Form 6C) (04/10)

In re   Kitts Development LLC, a New Mexico Domestic Limited Liability Company          Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re  Kitts Development LLC. a New Mexico Domestic Limited Liability Company  Case No. _____
                                        Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. D-1329-CV-200901601<br><br>U.S. BANK<br>8100 LANG AVE. NE<br>ALBUQUERQUE NM 87109 |  | X | Lien: First Mortgage<br>Security: Puerto Del Sol Project<br>Amount of judgment entered 8/9/11, excluding default interest from 3/16/11.<br><br>VALUE $          1,200,000.00 |  |  |  | 10,350,032.44 | 9,150,032.44 |
| ACCOUNT NO.<br><br>U.S. BANK<br>C/O DERON BRADLEY KNONER, ESQ.<br>P.O. BOX AA<br>ALBUQUERQUE, NM 87103-1626 |  |  | <br><br><br>VALUE $          0.00 |  |  |  | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br><br>VALUE $ |  |  |  |  |  |  |  |  |

_0_ continuation sheets attached

Subtotal ➤
(Total of this page) | $0,350,032.44 | $9,150,032.44

Total ➤
(Use only on last page) | $0,350,032.44 | $9,150,032.44

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-902Y-01610

B6E (Official Form 6E) (04/10)

In re     Kitts Development LLC, a New Mexico Domestic Limited
Liability Company                .       Case No._____ _____
_____                                                
           Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-*016116

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re ___Kitts Development LLC. a New Mexico Domestic Limited Liability Company___,     Case No._____

                    Debtor                                                                                    (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-016 10

                    ___1___  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re Kitts Development LLC, a New Mexico Domestic Limited Liability Company
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)  Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Incurred: 2008<br>Consideration: 2008<br>Federal Income Taxes | X | X | X | 23,842.00 | 23,842.00 | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 23,842.00 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 23,842.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 23,842.00 | $ 0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

B6F (Official Form 6F) (12/07)

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company     Case No. _____
                              Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  D-202-CV-200906185 AHREN RENTALS 2920 BROADWAY BLVD. SE ALBUQUERQUE, NM 87102-5117 | | | Incurred: 2009 Consideration: Vendor | | | | 18,000.00 |
| ACCOUNT NO. ALLAN LOPEZ 7424 BRIGHTON PLACE DUBLIN, CA 94568 | | | Incurred: 04/12/2007 Consideration: Purchase Contract for Lot 16 Puerto del Sol Subdivision. | | | | 50,000.00 |
| ACCOUNT NO. ANN SCHELLER c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. ARMSTRONG GENERAL CONTRACTORS INC. 105 INDUSTRIAL PARK LOOP NE RIO RANCHO NM 87124 | | | Consideration: Vendor Claim under lien. Claim is paid in full. | | | X | 0.00 |

_11__ continuation sheets attached

Subtotal ▶ $    68,001.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re  Kitts Development LLC. a New Mexico Domestic Limited Liability Company       Case No. _____
_____
                  Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CADIGAN & PARK PC<br>3840 MASTHEAD ST. NE<br>ALBUQUERQUE, NM 87109-4479 | | | Consideration: Legal Services | | | | 4,200.00 |
| ACCOUNT NO.<br>CHARLES MITCHELL, TRUSTEE OF THE<br>CHARLES AND MARITA MITCHELL LIVING TRUST<br>2849 WINDMILL RD.<br>TORRANCE, CA 90505 | | | Incurred: 06/21/2007<br>Consideration: Purchase Contract for Lot 29 Puerto del Sol Subdivision. | | | | 49,900.00 |
| ACCOUNT NO.<br>CHERYL AZI<br>5101 RIVER RD. #1903<br>BETHESDA, MARYLAND 20816 | | | Incurred: 08/23/2007<br>Consideration: Purchase Contract for Lot 17 Puerto del Sol Subdivision. | | | | 100,000.00 |
| ACCOUNT NO.<br>CHRIS J BURKS AND JANET A. BURKS<br>4715 SHERWOOD ST. NE<br>ALBUQUERQUE, NM 87109 | | | Incurred: 06/16/2007<br>Consideration:  Purchase Contract for Lot 27 Puerto del Sol Subdivision. | | | | 15,000.00 |
| ACCOUNT NO. D-1329-CV-200801775<br>CHRISTOPHER M. PACHECO, ESQ.<br>LASTRAPES SPANGLER & PACHECO PA<br>P.O. BOX 15698<br>RIO RANCHO, NM 87174-0698 | | | Incurred: 09/16/2008<br>Consideration: Collection Attorney for Armstrong General Contractors Inc. and Cheryl Azi | | | | Notice Only |

Sheet no. _1_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 169,100.00
Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 -32116-302Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re   Kitts Development LLC, a New Mexico Domestic Limited Liability Company        Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  D-1329-CV-200801775 <br><br> CHRISTOPHER P. BAUMAN, ESQ. BAUMAN DOW & LEON PC P.O. BOX 30684 ALBUQUERQUE, NM 87190-0684 | | | Incurred: 10/01/2008 Consideration: Collection Atttorney for Gardner Plumbing and Heating | | | | Notice Only |
| ACCOUNT NO.  200741767 <br><br> CITY OF RIO RANCHO 3900 SOUTHERN BLVD. SE PO BOX 1550 RIO RANCHO, NM 87174-0550 | | | Incurred: 07/31/2007 Consideration: Claim for infrastructure improvements under Subdivision Improvement Agreement | X | X | X | 1.00 |
| ACCOUNT NO. <br><br> DANIEL SAWYER c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br><br> DIANE WITT c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br><br> DONALD BARICH AND PATTY BARICH 1071 WILMINGTON AVE. SAN JOSE, CA 95129 | | | Incurred: 04/02/07 Consideration: Purchase Contract for Lot 18 Puerto del Sol Subdivision. | | | | 49,990.00 |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ | 49,993.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 -32116-302Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re Kitts Development LLC. a New Mexico Domestic Limited Liability Company,
          Debtor

Case No. _____
                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DUFF H. WESTBROOK, ESQ. SANDERS & WESTBROOK PC 102 GRANITE AVE. NW ALBUQUERQUE, NM 87102-2310 | | | Consideration: Legal Services | | | | 21,209.00 |
| ACCOUNT NO. <br> EDWARD CORDOVA c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br> ESTHER KEETON c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br> GARDNER PLUMBING AND HEATING | | | Consideration: Vendor <br> Claim under lien.  Claim is paid in full. | | | X | 0.00 |
| ACCOUNT NO.  D-1329-CV-200900247 <br> GARY D. ELION, ESQ. PO BOX 32835 SANTA FE, NM 87594-2835 | | | Incurred: 06/01/2009 <br> Consideration: Collection Attorney for Oscar Kenny, Cornell and Jennifer Wade <br> JE Masonry, William Melad and Myra Melad, Cheryl Azi and Glenn Shihata | | | | Notice Only |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 21,211.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Kitts Development LLC, a New Mexico Domestic Limited Liability Company</u>,          Case No. _____
          Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GIL ORTIZ, JR. <br> c/o William Waggoner, Esq. <br> The Waggoner Legal Group <br> 529 W. San Francisco Street <br> Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br><br> GLENN SHIHATA AND ALISON SHIHATA <br> 1703 SW MYRTLE ST. <br> PORTLAND, OREGON 97201 | | | Incurred: 4/29/09 <br> Consideration: Purchase Contract for Lot 22 Puerto del Sol Subdivision. <br> Judgment. | | | | 49,990.00 |
| ACCOUNT NO. <br><br> J.E. MASONRY, INC. <br> 6501-C WYOMING BLVD. NE #230 <br> ALBUQUERQUE NM 87109 | | | Consideration: Vendor. <br> Lien claim. Paid in full. | | | X | 0.00 |
| ACCOUNT NO. <br><br> JAMES DERR <br> 17992 RAINER DR. <br> SANTA ANA, CA 92705 | | | Incurred: 02/21/2007 <br> Consideration: Purchase Contract for Lot 32 Puerto del Sol Subdivision. | | | | 43,990.00 |
| ACCOUNT NO. <br><br> JAMES J. MCMAHON AND HOLLY C. MCMAHON <br> 7767 WINGSPAN DRIVE <br> SAN DIEGO CA 92119 | | | Consideration: Purchase Contract for Lot 28, 517 Cancun Loop, Puerto del Sol Subdivision. | | | | 49,990.00 |

Sheet no. <u>4</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 143,971.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 -32116-302Y-016+0

B6F (Official Form 6F) (12/07) - Cont.

In re _Kitts Development LLC, a New Mexico Domestic Limited Liability Company_,     Case No. _____
                             **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEFF BRONZINI AND CINDY CAYOU<br>2924 LUNDIN LANE<br>BRENTWOOD, CA 94513 | | | Incurred: 03/29/2007<br>Consideration: Purchase Contract for Lot 30 Puerto del Sol Subdivision. | | | | 49,990.00 |
| ACCOUNT NO.<br><br>JENNIFER AND CORNELL WADE<br>c/o GARY ELION, ESQ.<br>PO BOX 32835<br>SANTA FE, NM 87594-2835 | | | Consideration: Purchase Contract for Lot 7 Puerto del Sol Subdivision. | | | | 49,990.00 |
| ACCOUNT NO.  D-1329-CV-200801247<br><br>JOHN KENNETH SILVER, ESQ<br>MCCLAUGHERTY & SILVER PC<br>P.O. BOX 8680<br>SANTA FE, NM 87504-8680 | | | Consideration: Collection Attorney for Glenn Shihata, Ricardo A. and Alejandro Macedo | | | | Notice Only |
| ACCOUNT NO.<br><br>JUANITA LUJAN CORRAL<br>2 SAN PEDRO<br>RANCHO SANTA MARGARITA, CA 92688 | | | Incurred: 01/25/2008<br>Consideration: Purchase Contract for Lot 31 Puerto del Sol Subdivision. | | | | 50,990.00 |
| ACCOUNT NO.<br><br>KEITH WITT<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 150,971.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 •1991-2011, New Hope Software, Inc. ver. 4.6.2-760 -32116-302Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company  ,  Case No. _____
                        Debtor                                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KEVIN AND LUWANDA JARVIS <br> 9801 CARMEL NE <br> ALBUQUERQUE, NM 87122 | | | Incurred: 03/23/2007 <br> Consideration: Purchase Contract for Lot 11 Puerto del Sol Subdivision. | | | | 47,520.00 |
| ACCOUNT NO. <br><br> LANNELL BLAIR <br> c/o William Waggoner, Esq. <br> The Waggoner Legal Group <br> 529 W. San Francisco Street <br> Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. <br><br> LI CAI <br> 19 ANDOVER AVE. <br> BRIDGEWATER, NJ 08807 | | | Incurred: 06/21/2007 <br> Consideration: Purchase Contract for Lot 20 Puerto del Sol Subdivision. | | | | 20,000.00 |
| ACCOUNT NO. <br><br> LUJAN LIVING TRUST <br> 2 SAN PEDRO <br> RANCHO SANTA MARGARITA, CA 92688 | | | Incurred: 1/25/08 <br> Consideration: Buyer with Juanita Lujan Corral. Purchase contract for Lot 31 Puerto del Sol Subdivision. See Juanita Lujan Corral for amount. | | | | 0.00 |
| ACCOUNT NO.  D-202-CV-200906185 <br><br> MICHAEL F. MENICUCCI, ESQ. <br> CALVERT MENICUCCI PC <br> 8900 WASHINGTON ST. NE #A <br> ALBUQUERQUE, NM 87113-2702 | | | Incurred: 2009 <br> Consideration: Collection Attorney for Ahren Rentals | | | | Notice Only |

Sheet no.  6  of  11   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 67,521.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*(left margin, vertical text)* Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-502Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company ,      Case No. _____
_____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MIKE BLAIR<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO.<br>NANCY MAYNARD<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO.<br>NEW MEXICO TAXATION & REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE NM 87198-8575 | | | Claim for successor liability for Gross Receipts Taxes of Larkspur, LLC. | X | X | X | 1.00 |
| ACCOUNT NO.<br>NEW MEXICO TAXATION & REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | | | | | | | Notice Only |
| ACCOUNT NO.<br>OSCAR KENNEY<br>1500 5TH STREET<br>GLEN ARDEN MD 20706 | | | Consideration: Purchase Contract for Lot 10, Lot 12  Puerto del Sol Subdivision. | | | | 58,990.00 |

Sheet no. __7__ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $     58,993.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610*

In re  Kitts Development LLC. a New Mexico Domestic Limited Liability Company ,    Case No. _____

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. OSCAR VILLEGAS c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. OTERO & SONS ROOFING CORPORATION | | | Consideration: Vendor. Lien claim. Paid in full. | | | X | 0.00 |
| ACCOUNT NO. PAMELA VILLEGAS c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO. PATTY BARICH 4023 E. AGAVE PHOENIX, AZ 85044 | | | Consideration: Purchase Contract for Lot 18 | | | | Notice Only |
| ACCOUNT NO. RALPH KEETON c/o William Waggoner, Esq. The Waggoner Legal Group 529 W. San Francisco Street Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |

Sheet no. __8__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 3.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 32116-302Y-01610*

B6F (Official Form 6F) (12/07) - Cont.

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company
_____,     Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAY SCHELLER<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO.<br><br>RICARDO A. MACEDO AND ALEJANDRO MACEDO<br>1977 CORTE AMALAIA<br>SAN YSIDRO, CA 92173 | | | Incurred: 06/18/2007<br>Consideration: Purchase Contract for Lot 23 Puerto del Sol Subdivision. | | | | 49,990.00 |
| ACCOUNT NO.<br><br>ROLLIE MAYNARD<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| ACCOUNT NO.<br><br>RUBIN KATZ LAW FIRM PC<br>123 E MARCY ST. #200<br>PO BOX 250<br>SANTA FE, NM 87504-0250 | | | Consideration: Legal Services | | | | 14,939.00 |
| ACCOUNT NO.<br><br>SALLY ORTIZ<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |

Sheet no. _9_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 64,932.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 32116-502Y-01610

B6F (Official Form 6F) (12/07) - Cont.

In re  Kitts Development LLC, a New Mexico Domestic Limited Liability Company
_____,
                        Debtor

Case No. _____
                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  D-1329-CV-200802299<br><br>SCOTT E. TURNER, ESQ.<br>THE TURNER LAW FIRM LLC<br>500 MARQUETTE AVE. NW #1480<br>ALBUQUERQUE, NM 87102-5325 | | | Incurred: 11/24/2008<br>Consideration: Collection Attorney for Charles Mitchell, Marita Mitchell and Charles and Marita Mitchell Living Trust | | | | Notice Only |
| **ACCOUNT NO.**<br><br>THOMAS D.  WALKER, ESQ.<br>THUMA & WALKER PC<br>500 MARQUETTE AVE. NW #650<br>ALBUQUERQUE, NM 87102-5341 | | | Consideration: Legal Services | | | | 1,367.00 |
| **ACCOUNT NO.**<br><br>THOMAS G. JOSEPH<br>7820 ENCHANTMENT HILLS BLVD.<br>A-136<br>RIO RANCHO NM 87144 | | | Consideration: Guaranty.<br>Claim based on personal guaranty of Debtor's liabilities. | X | X | | 0.00 |
| **ACCOUNT NO.**<br><br>WANDA CORDOVA<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |
| **ACCOUNT NO.**<br><br>WENDY SAWYER<br>c/o William Waggoner, Esq.<br>The Waggoner Legal Group<br>529 W. San Francisco Street<br>Santa Fe NM 87501 | | | Consideration: Claims asserted in Case D-202-CV-200803538. | X | X | X | 1.00 |

Sheet no.  10  of 11  continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,369.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610*

In re  <u>Kitts Development LLC, a New Mexico Domestic Limited Liability Company</u>,    Case No. <u>_____</u>
            **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILLIAM AND MYRA MELAD<br>c/o WILLIAM J. COOKSEY, ESQ.<br>DUBOIS, COOKSEY & BISCHOFF, P.A.<br>2040 4TH STREET<br>ALBUQUERQUE NM 87102 | | | Consideration: Personal loan | | | | 300,000.00 |
| ACCOUNT NO.  D-1329-CV-200901788<br><br>WILLIAM C. SALMON, ESQ.<br>RHODES & SALMON PC<br>1801 LOMAS BLVD NW<br>ALBUQUERQUE, NM 87104-1205 | | | Incurred: 07/30/2009<br>Consideration: Collection Attorney for James J. McMahon | | | | Notice Only |
| ACCOUNT NO.<br><br>WILLIAM J. COOKSEY, ESQ.<br>DUBOIS, COOKSEY & BISCHOFF, P.A.<br>2040 4TH STREET<br>ALBUQUERQUE NM 87102 | | | Consideration: Collection attorney for William and Myra Melad. | | | | Notice Only |
| ACCOUNT NO.  D-202-CV-200803538<br><br>WILLIAM J. WAGGONER, ESQ.<br>THE WAGGONER LEGAL GROUP<br>529 W SAN FRANCISCO ST.<br>SANTA FE, NM 87501-1838 | | | Incurred: 04 09 2008<br>Consideration: Collection Attorney for Rollie Maynard, Witt Diane, Cordova Edward<br>Maynard Nancy, Sawyer Wendy, Scheller Ray, Villegas Pamela, Witt Keith, Cordova Wanda, Ortiz Gil Jr., Sawyer Daniel, Scheller Ann, Villegas Oscar, Blair Lanell, Keeton Ralph, Keeton Esther, Ortiz Sally and Blair Mike. | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>11</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | | Subtotal ► | $ | 300,000.00 |
|---|---|---|---|---|
|  | | Total ► | $ | 1,096,065.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-0/6102

B6G (Official Form 6G) (12/07)

Kitts Development LLC, a New Mexico Domestic Limited Liability Company

In re _____     Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CHERYL AZI<br>5101 RIVER RD. #1903<br>BETHESDA, MARYLAND 20816 | Purchase Contract for Lot 17 dated August 23, 2007. |
| DONALD BARICH AND PATTY BARICH<br>1071 WILMINGTON AVE.<br>SAN JOSE, CA 95129 | Purchase Contract for Lot 18 dated April 2, 2007. |
| JEFF BRONZINI AND CINDY CAYOU<br>2924 LUNDIN LANE<br>BRENTWOOD, CA 94513 | Purchase Contract for Lot 30 dated March 29, 2007. |
| CHRIS J BURKS AND JANET A. BURKS<br>4715 SHERWOOD ST. NE<br>ALBUQUERQUE, NM 87109 | Purchase Contract for Lot 27 dated June 16, 2007. |
| LI CAI<br>19 ANDOVER AVE.<br>BRIDGEWATER, NJ 08807 | Purchase Contract for Lot 20 dated June 21, 2007. |
| JAMES DERR<br>17992 RAINER DR.<br>SANTA ANA, CA 92705 | Purchase Contract for Lot 32 dated February 21, 2007. |
| KEVIN AND LUWANDA JARVIS<br>9801 CARMEL NE<br>ALBUQUERQUE, NM 87122 | Purchase Contract for Lot 11 dated March 23, 2007. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

In re <u>Kitts Development LLC, a New Mexico Domestic Limited Liability Company</u>  Case No. _____

                    **Debtor**                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OSCAR KENNY<br>1500 5th STREET<br>GLEN ARDEN MD 20706 | Purchase contract for Lot 10 dated April 14, 2007 and Lot 12 dated September 10, 2007. |
| ALLAN LOPEZ<br>7424 BRIGHTON PLACE<br>DUBLIN, CA 94568 | Purchase Contract for Lot 16 dated April 12, 2007. |
| JUANITA LUJAN CORRAL AND<br>THE LUJAN LIVING TRUST<br>2 SAN PEDRO<br>RANCHO SANTA MARGARITA, CA 92688 | Purchase Contract for Lot 31 dated January 25, 2008. |
| JAMES J. MCMAHON AND HOLLY C. McMAHON<br>7767 WINGSPAN DRIVE<br>SAN DIEGO CA 92119 | Purchase contract for 517 Cancun Loop. |
| RICARDO A. MACEDO AND ALEJANDRO MACEDO<br>1977 CORTE AMALAIA<br>SAN YSIDRO, CA 92173 | Purchase Contract for Lot 23 dated June 18, 2007. |
| CHARLES MITCHELL, TRUSTEE OF THE<br>CHARLES AND MARITA MITCHELL LIVING TRUST<br>2849 WINDMILL RD.<br>TORRANCE, CA 90505 | Purchase Contract for Lot 29 dated June 21, 2007. |
| GLENN SHIHATA AND ALISON SHIHATA<br>1703 SW MYRTLE ST.<br>PORTLAND, OREGON 97201 | Purchase Contract for Lot 22 dated July 16, 2007. |
| JENNIFER AND CORNELL WADE<br>C/O GARY ELION, ESQ.<br>PO BOX 32835<br>SANTA FE, NM 87594-2835 | Purchase Contract for a lot in Puerto Del Sol Project. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

In re   Kitts Development LLC, a New Mexico Domestic Limited Liability Company       Case No. _____
                          **Debtor**                                                 **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Thomas G. Joseph<br>7820 Enchanted Hills Blvd. A-136<br>Rio Rancho, NM 87144 | US BANK<br>C/O DERON BRADLEY KNONER, ESQ.<br>P.O. BOX AA<br>ALBUQUERQUE, NM 87103-1626 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-01640

In re    Kitts Development LLC, a New Mexico Domestic Limited Liability Company      Case No. _____

_____           _____
          **Debtor**                                                                 **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                       Debtor

Date _____        Signature: _____
                                                              (Joint Debtor, if any)

                                             [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
     Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Kitts Development LLC, a New Mexico Domestic Limited Liability Company [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __9 - 12 - 2011__           Signature: _____
                                                 THOMAS G. JOSEPH
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-0161/0

# UNITED STATES BANKRUPTCY COURT
## District of New Mexico

Kitts Development LLC, a New Mexico Domestic
Limited Liability Company

In Re _____    Case No. _____

                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None



State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-760 - 32116-302Y-016t0

**2. Income other than from employment or operation of business**

None ☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-016/60

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Blair Mike et al. Plaintiffs, vs. Kitts Development LLC et al. Defendants. D-202-CV-200803538 | Complaint for Fraud in the Inducement and Intentional and/or Negligent Misrepresentation for Equirtabel Relief and/or Damages | Second Judicial District Court Bernalillo County | Pending Discovery. |
| James J McMahon, Plaintiff, vs. Kitts Development LLC et al., Defendants. D-1329-cv-200901788 | Breach of Contract | Thirteenth Judicial District Court County of Sandoval | Pending Sitpulated Order to Consolidate. |
| US BANK, Plaintiff, vs. Kitts Development LLC et. al., Defendants, d-1329-cv-200901601 | Complaint for Foreclosure on Mortgages, Judgment on Promissory Notes and Commerical Guaranties | Thirteenth Judicial District Court County of Sandoval | Notice of Sale September 14, 2011 |
| Azi Cheryl, Plaintiff, vs. Kitts Development LLC, et al., Defendants. D-1329-CV-200901237 | Breach of Contract | Thirteenth Judicial District Court County of Sandoval | Order to Reopen case 03/22/11 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 3211(6-302)Y-016/0

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Oscar Kenney, Wade Cornell and Wade Jennifer, Plaintiffs, vs. Kitts Development LLC, et. al., Defendants. D-1329-CV-200900247 | Breach of Contract | Thirteenth Judicial District Court County of Sandoval | Pending. |
| Mitchell Charles, Mitchell Marita, Charles and Marita Mitchell Living Trust, Plaintiffs, vs. : Kitts Development LLC, et al., Defendants. D-1329-CV-200802299 | Breach of Contract | Thirteenth Judicial District Court County of Sandoval | Pending - Filed Order Granting Motion to Consolidate. |
| Ahern Rentals Inc., Plaintiff, vs. Kitts Development LLC, et. al., Defendants. D-202-CV-200906185 | Breach of Contract, Debt and Money Due | Second Judicial District Court Bernalillo County | Consolidated into Thirteenth District Number D1329-CV-09-01601 |

None  ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-760 - 32116-302Y-61610

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-0v6v0

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| William F. Davis William F. Davis & Associates, P.C. 6709 Academy NE, Suite A Albuquerque, NM 87109 | 07/14/11 and 08/2011 | 30,000.00 includes filing fee, tax and costs. |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-01610

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| First Community Bank/US Bank 1000 Commercial Dr SE Rio Rancho, NM 87124 | 04/01/2011 | $180,000.00 CD |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-016410

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-016i0

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☐

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Puerto Del Sol Project | Environmental Protection Agency | 04/2011 | Clean up sand on sidewalks. Complied. |

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 32116-302Y-016/0

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None  a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None  b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒     case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the
☒     books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

None  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒     a financial statement was issued within the two years immediately preceding the commencement of this case by
      the debtor.

NAME AND ADDRESS                          DATE
                                          ISSUED

### 20. Inventories

None  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 32116-302Y-01610

None
☒
b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None
☒
a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Thomas G. Joseph 7820 Enchanted Hills Blvd., A-136 Rio Rancho, NM 87144 | Managing Member | 100% |

**22. Former partners, officers, directors and shareholders**

None
☒
a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒
b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.** **Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24.** **Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25.** **Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\*    \*    \*    \*    \*    \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _9 - 12 - 2011_          Signature _____

THOMAS G. JOSEPH,
Managing Member

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 32116-302Y-01610

0   continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*